

# DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
## 18 USC 242, 18 USC 876, 18 USC 1001, 42 USC 1987, 18 USC 3231

### In Re: CHARGE(S) # 2018CF0057826/2019CF003247

ORIGINAL JURISDICTION
"MINISTERS CONSULS AMBASSDORS DIPLOMATS"
Article III, Section 2; Article VI
United States Republic Constitution
Treaty of Peace and Friendship
'Established Law of the Land'
Federal Question(s):
Constitution, Treaty;
Religious Liberty;
Supreme Court Rulings
Due Process; etc.

**Plaintiff(s),**

Solution Bey, Natural Person, Beneficiary, Ex rel. PHILLIP E. COCHRAN

v.

**Defendant(s),**

Dennis J. Stingl d/b/a Assistant District Attorney, MILWAUKEE COUNTY DISTRICT ATTORNEY OFFICE, bar member # 1009627

T. Christopher Dee d/b/a Judge MILWAUKEE COUNTY CIRCUIT COURT, bar member # 1019444

Jennifer L. Pickett d/b/a Assistant District Attorney MILWAUKEE COUNTY DISTRICT ATTORNEY OFFICE, bar member #1073500

Michelle Havas d/b/a Judge, MILWAUKEE COUNTY CIRCUIT COURT, bar member #1027622

John T. Chisolm d/b/a District Attorney, MILWAUKEE COUNTY DISTRICT ATTORNEY OFFICE, bar member #1023023

Zachary A. Wittchow d/b/a Assistant District Attorney, MILWAUKEE COUNTY DISTRICT ATTORNEY OFFICE, bar member ##1086283

Page **1 of 12**
Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

Case 2:19-cv-01636-WED   Filed 11/07/19   Page 1 of 12   Document 1

  

Cedric Cornwall d/b/a Commissioner, MILWAUKEE COUNTY CIRCUIT COURT, bar member #1016465

J.C. Moore d/b/a Commissioner, MILWAUKEE COUNTY CIRCUIT COURT, bar member # 1018146

Lindsey Grady d/b/a Judge MILWAUKEE COUNTY CIRCUIT COURT, bar member # 1032826,

Nicole J. Sheldon d/b/a District Attorney, MILWAUKEE COUNTY DISTRICT ATTORNEY OFFICE, bar member # 1051955

(Hereinafter Defendants)

## MULTIPLE GROUNDS FOR REMOVAL

I, **Solution Bey**, Natural Person, Beneficiary, Moorish American National, ex Relatione **PHILLIP E. COCHRAN**, being competent, and having first-hand knowledge of the unlawful events, violation of human rights, violations of the Treaties between Morocco and the United States of America, and United States of America republic constitutional violations that occurred on November 30, 2018, 9:30 pm.

Without malice, and/or false intent, I Solution Asim Bey state and publish for the record, My 'STATEMENT OF FACTS' of the unlawful search and seizure, false arrest and false imprisonment, and many other violations committed by agents of the "Milwaukee Police Department", agents of MILWAUKEE COUNTY CIRCUIT COURT, agents MILWAUKEE COUNTY SHERIFF'S OFFICE, MILWAUKEE DISTRICT ATTORNEY OFFICE, MILWAUKEE COUNTY JAIL, de facto officials. Furthermore I Reserve all rights without prejudice, and do not consent or waive any Inalienable birthrights according to the Laws of Nature, Common Law, International Law, Universal Law, the Laws of the American

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

  

Constitution, and the Treaties between the Moors and the European United States Government. I am 'In Propria Persona' (Not Pro Se); and not 'Cognate' to be held 'Surety' to any 'Nom de Guerre' or Misnomers such as but not limited to: a 'SOVEREIGN CITIZEN' misnomer, nor a 'Straw-Man' or 'Straw-party' misnomer; as written, typed, photocopied, styled, or scribed in ALL CAPITAL LETTERS, nor am I Negro, black, colored, African American, U.S. Constitution 14th amendment statutory person, citizen of the United States, U.S. Citizen, or member of the union States, not a WISCONSIN RESIDENT, nor resident of any 50 states, Cities, townships, municipalities which are all Corporations, including but not limited to the incorporated CITY OF MILWAUKEE (January 31st, 1846). I further declare and proclaim that I am an American National and Nobility to the estate of my ancestors who are Indigenous to Northwest Amexem/ Northwest Africa/ Morocco presently known as North, South, and Central Americas.

## STATEMENT OF FACTS

1. Whereas, On the evening of November 30, 2018 around 9:30pm near the corporate known address 2847 North 45th Street, in the City of Milwaukee, Milwaukee County, Wisconsin Republic, Several agents of the Milwaukee Police Department, unlawfully, and wrongfully arrested and searched my person, abused, and seized my property without presenting any search warrant, arrest warrant, or evidence of any crime committed.

2. The agents of the Milwaukee Police Department, violently and physically detained me by grabbing my arms and one attempted to grab my neck. I was then forced into handcuffs and forced into the back of one of their vehicles, without being read my Miranda rights, or evidence of any crime committed by any affiant or injured party.

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

Case 2:19-cv-01636-WED   Filed 11/07/19   Page 3 of 12   Document 1



3. Under threat, duress, and coercion-I, the affiant, Identified myself as a Moorish American National, non US citizen, non-domestic, protected by the treaty of peace and friendship of 1786/1836, which is the 'Supreme Law of the Land' according to the constitution for the united States Republic of America, Article 6 section 1; and that they were violating my Inalienable rights and that I was being injured by their assaults.

4. I was unlawfully kidnapped, under color of authority, by force to MILWAUKEE POLICE DEPARTMENT 749 W. STATE STREET MILWAUKEE, WISCONSIN REPUBLIC, and forced into a cell S3, then escorted into interview room #425-C at and was not given an opportunity to speak to any magistrate, judge, or administrator, and when I demanded to be released, I was ignored.

5. The agents of MILWAUKEE POLICE DEPARTMENT, during the unlawful search and seizure, didn't produce any injured party, injured property, court order, arrest warrant or search warrant, according to the due process of law guaranteed by the constitution for the united States Republic of America bill of rights, 4th, 5th, and 6th amendments.

6. While being seized, I was forced under color of law, color of authority, under threat, duress, and coercion, by agents of MILWAUKEE COUNTY JAIL , physically forced, and threatened with additional violence to submit my DNA, and eye scan. I refused to consent to give my DNA which is my private property for public use.

7. Knowingly violating my due process of law, absent of jurisdiction, absent of any breach of contract, absent of any injured party, the abovementioned agents of MILWAUKEE COUNTY CIRCUIT COURT, committed conspiracy to deny my

Page **4** of **12**
Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

Case 2:19-cv-01636-WED   Filed 11/07/19   Page 4 of 12   Document 1

  

rights under color of law, color of authority, and violation of my due process, by maliciously prosecuting I, under the artificial person PHILLIP E. COCHRAN.

8. Knowingly violating my due process of law, absent of jurisdiction, the abovementioned agents of MILWAUKEE COUNTY CIRCUIT COURT, et al. committed conspiracy to deprive of my rights under color of law, color of authority, by holding me surety for the artificial person PHILLIP E. COCHRAN, and extorted an excessive cash bail assessment for $5,000 frn's in exchange for my release from MILWAUKEE COUNTY JAIL.

9. The affiant, Solution Asim Bey, under threat, duress, and coercion, filed a special appearance to the agents of MILWAUKEE COUNTY CIRCUIT COURT, to the preliminary administrative hearing on December 6TH, in the MILWAUKEE COUNTY CIRCUIT COURT 901 N 9TH. (See Exhibit)

10. MILWAUKEE COUNTY CIRCUIT COURT stands in commercial dishonor, by failing to produce In Personam Jurisdiction, over a non-domestic, Indigenous, Moorish American National, and any Delegated Authority from United States of America Republic Congress, in the allotted time given in the affidavit titled 'special appearance" filed December 17th, 2018 by affiant, Solution Asim Bey.

11. MILWAUKEE COUNTY CIRCUIT COURT continues to maliciously prosecute me, and kidnap me, without any true bill/indictment, Jurisdiction, injured party, or due process of law. The agents of the MILWAUKEE COUNTY CIRCUIT COURT have force me into contracts with other agencies such as JUSTICEPOINT, Inc, a non-profit agency for "Pre-Trial Case Services" that infringes on my natural

Page **5** of **12**
Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

Case 2:19-cv-01636-WED    Filed 11/07/19    Page 5 of 12    Document 1

  

birthrights, right of travel, and discriminates against national origin, and Unalienable rights as a Moorish American National.

## Injury

12. The unlawful search and seizure, and deprivation of rights, under the color of law, committed by the abovementioned agents of **Milwaukee Police Department, MILWAUKEE COUNTY CIRCUIT COURT, MILWAUKEE COUNTY SHERIFF'S OFFICE, MILWAUKEE DISTRICT ATTORNEY OFFICE, MILWAUKEE COUNTY JAIL** caused personal and property damages, Including but not limited to:

   a) Inability of Contracts
   b) Towing fees
   c) 30 days of false imprisonment
   d) Loss wages
   e) Mental anguish
   f) Inability to contract
   g) Cruel and Unusual Punishment
   h) Kidnapping
   i) Malicious Prosecution
   j) Deprivation of Human Rights
   k) Property Loss
   l) Defamation of Character
   m) Pain and Suffering
   n) Invasion of Privacy
   o) Sentimental Damages
   p) Inability to Feed Family
   q) Medical Expenses
   r) Loss of Enjoyment of Life
   s) Loss of Liberty

Page **6** of **12**
Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

Case 2:19-cv-01636-WED   Filed 11/07/19   Page 6 of 12   Document 1

  

## Conclusion

13. I, the abovementioned affiant, was unlawfully, and wrongfully kidnapped, searched and seized, falsely accused, and falsely imprisoned which was not reasonable and/or constitutional. The claimants rights secured in the constitution is to be confronted with the witness or accuser and injured party bring claims or accusations against them, which the State court is denying that right;

14. I, abovementioned affiant, was deprived of all Inalienable human rights, natural laws, common laws, and due processes according to the organic American Constitution. (e.g. 4th, 5th, 6th, amendments)

15. "*If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him*" **Article 20 Treaty of Peace and Friendship between United States and Morocco (1786/1836).**

16. "*If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made from an arrangement, and until that application shall be rejected, no appeal shall be made to arms*" **Article 24 Treaty of Peace and Friendship between United States and Morocco (1786/1836)**

Page **7** of **12**
Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

Case 2:19-cv-01636-WED   Filed 11/07/19   Page 7 of 12   Document 1

  

17. "*The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favoured nation for the time being; and their citizens shall be respected, and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption*" **Article 14 Treaty of Peace and Friendship between United States and Morocco (1786/1836)**

18. "*The moors, referred to as Negroes, definitely can never become members and citizens of the Union Society of the 48 states*". **Article 3 Moorish American Zodiac Constitution (library of congress AA222141)**

19. "*Indigenous peoples have the right to the full enjoyment, as a collective or as individuals, of all human rights and fundamental freedoms are recognized in the Charter of the United Nations, the Universal Declaration of Human Rights and international human rights law*". **Article 1 United Nations Declaration on the Rights of Indigenous Peoples**

20. "*Indigenous peoples are free and equal to all other peoples and individuals and have the right to be free from any kind of discrimination, in the exercise of their rights, in particular that based on their indigenous origin or identity*". **Article 2 United Nations Declaration on the Rights of Indigenous Peoples**

Page **8** of **12**
Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

Case 2:19-cv-01636-WED   Filed 11/07/19   Page 8 of 12   Document 1

  

21. *"Indigenous peoples have the right to self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social, and cultural development"*. **Article 3 United Nations Declaration on the Rights of Indigenous Peoples**

22. *"Indigenous peoples, in exercising their right to self-determination, have the right to autonomy or self-government in matters relating to their autonomous functions"*. **Article 4 United Nations Declaration on the Rights of Indigenous Peoples**

23. *"Indigenous individuals have the rights to life, physical and mental integrity, liberty and security of person"*. **Article 7 United Nations Declaration on the Rights of Indigenous Peoples**

24. *"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized"*. **4th Amendment, 'Bill of Rights' United States of America Republic Constitution**

25. *"No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand jury…nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation."* **5th Amendment, 'Bill of Rights' United States of America Republic Constitution**

26. *"In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial…and to be informed of the nature and cause of the accusation; to be*

Page **9** of **12**
Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

Case 2:19-cv-01636-WED   Filed 11/07/19   Page 9 of 12   Document 1

  

*confronted with the witnesses against him."* **6th Amendment, 'Bill of Rights'**

**United States of America Republic Constitution**

## RELIEF

27. Since my rights have clearly been violated I demand as remedy All UNCONSTITUTIONAL Citations – Suit / (misrepresented) Bill of Exchange: **CHARGE(S) # 2018CF0057826/2019CF003247** and any other 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on its face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue; and

28. To have the case litigated with consuls present as stated in the treaty of 1787, which the State courts are denying said right;

29. Defendant Dennis J. Stingl d/b/a d/b/a MILWAUKEE COUNTY DISTRICT ATTORNEY OFFICE, is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity for the deprivation of rights of claimant;

30. Defendant Jennifer L. Pickett d/b/a Assistant District Attorney Bar #1073500, MILWAUKEE COUNTY DISTRICT ATTORNEY OFFICE, is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity for the deprivation of rights of claimant;

31. Defendant T. Christopher Dee d/b/a "JUDGE", is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its private capacity for the deprivation of rights of claimant;

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

  

32. Defendant Michelle Havas d/b/a Judge, MILWAUKEE COUNTY CIRCUIT COURT, is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his private capacity for the deprivation of rights of claimant;

33. Defendant John T. Chisolm d/b/a District Attorney, MILWAUKEE COUNTY DISTRICT ATTORNEY OFFICE, is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his private capacity for the deprivation of rights of claimant;

34. Defendant Zachary A. Wittchow d/b/a Assistant District Attorney, bar #1086283, MILWAUKEE COUNTY DISTRICT ATTORNEY OFFICE, is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his private capacity for the deprivation of rights of claimant;

35. Defendant Cedric Cornwall d/b/a Commissioner, MILWAUKEE COUNTY CIRCUIT COURT, is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his private capacity for the deprivation of rights of claimant;

36. Defendant J.C. Moore d/b/a Commissioner, MILWAUKEE COUNTY CIRCUIT COURT, is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his private capacity for the deprivation of rights of claimant;

37. Defendant Lindsey Grady d/b/a Judge MILWAUKEE COUNTY CIRCUIT COURT, is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his private capacity for the deprivation of rights of claimant;

38. Defendant Nicole J. Sheldon d/b/a District Attorney, MILWAUKEE COUNTY DISTRICT ATTORNEY OFFICE, is being sued for $75,000 for compensatory

Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202



damages and $75,000 for punitive damages in his private capacity for the

deprivation of rights of claimant;

## JURAT:

Executed on (Day 22 October, 2019 A.D.= 1439 M.C.).

I declare under the penalty of perjury under the supreme laws of the united States of America Republic that the above statement of is true and correct to the best of my knowledge and written/typed by my own hand with the most honorable intent.

I Am: *[signature]*
Solution Asim Bey Authorized Representative
Natural Person, Beneficiary,
Ex Relatione: PHILLIP E. COCHRAN
All Rights Reserved;
U.C.C. 1-207/ 308; U.C.C. 1-103

Mailing Location:
C/o MOORISH AMERICAN CONSULATE
7943 ELLINGER LN
HOUSTON, TEXAS REPUBLIC
SolutionFaithMinistries@gmail.com

Page **12** of **12**
Notice to the agent is notice to the principal, Notice to the principal is notice to the agent; UCC 1-202

Case 2:19-cv-01636-WED   Filed 11/07/19   Page 12 of 12   Document 1